Form 160

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−81247

IN THE MATTER OF:
Timothy Wayne Woody    xxx−xx−0386
Sherri Luck Woody    xxx−xx−4640
102 Twisted Court
Hillsborough, NC 27278

   Debtor(s)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

TAKE NOTICE THAT the following request has been made with the Court:
1 – Objection to Claim #1 of Citifinancial Auto in the amount of $7,278.14 filed by Debtor Timothy Wayne Woody, Joint Debtor Sherri Luck Woody

2 – Objection to Claim #5 of Cornwallis Hills HOA in the amount of $278.04 filed by Debtor Timothy Wayne Woody, Joint Debtor Sherri Luck Woody.

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 10/25/09 with the movant and with the U.S. Bankruptcy Court at the following address:

*P.O. Box 26100*
*Greensboro, NC 27420−6100*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on 11/9/09 at 11:00 AM in the following location:

*Courtroom − Venable Center*
*Dibrell Building − Suite 280*
*302 East Pettigrew Street*
*Durham NC 27701*

Dated: 9/23/09                                       OFFICE OF THE CLERK/sad