UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
Timothy Woody and Sherri L. Woody

Case No. 09-81247
Chapter 13

Social Security No. xxx-xx-0386 and xxx-xx-4640
Address: 102 Twisted Court
Hillsborough NC 27278

Debtors

## RESPONSE TO OBJECTION TO CLAIM

NOW COMES THE UNDERSIGNED, who responds to Debtors Objection to Claim as follows:

1. Pursuant to 47F3-116(a)(2) and the Declaration of Covenants, Condition and Restrictions recorded in Book 387, Page 472, the Association may charge annual and special assessments, together with Interest, costs and reasonable attorney's fees and same shall be a continuing lien upon the property which each such assessment is made. See attached Exhibit A, specifically Articles V, Section 1 and Article V, Section 8.

2. Pursuant to said Declaration of Covenants, Condition and Restrictions, the above Debtors owe funds to Cornwallis Hills Homeowners Association, as follows:

| | |
|---|---|
| 2008 Assessment: | $129.00 |
| Court Costs for filing lien: | $6.00 |
| late fees | $130.95 |
| 6% interest to July 1, 2009 | $12.12 |
| TOTAL: | $278.07 |

3. That, pursuant to said Declaration of Covenants, Condition and Restrictions, on May 9, 2008, Cornwallis Hills did properly file a lien with the Orange County Clerk of Court, file number 08 M 239. See attached Exhibit B.

WHEREFORE, the undersigned prays the Court to allow its claim as a valid secured lien upon the real property of the debtors.

This the 21 day of October, 2009.

                                             Alfred G. Soulier, Property Manager
                                             Cornwallis Hills HOA

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Response to Objection to Claim was this day served on Debtor's Attorney by depositing a copy of same in a postage paid envelope in the United State Mail, addressed as follows:

        Mr. Edward Boltz
        Attorney for Debtors
        6616-203 Six Forks Rd
        Raleigh NC 27615

This the 21 day of October, 2009.

                                             Alfred G. Soulier, Property Manager
                                             Cornwallis Hills HOA