# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

OFFICE OF THE CLERK
101 S. EDGEWORTH ST.
P.O. BOX 26100
GREENSBORO, NORTH CAROLINA 27420-6100

TO: Alfred G. Soulier

DATE: 10/26/09

RE: Case Name: Timothy & Sherri Woody
Case No. 09-81247

    This letter is to notify you that the Clerks Office is in receipt of a document from you filed on behalf of a corporation. If the Judge hears a matter related to your document, the Judge may refuse to allow you or anyone other than a licensed attorney to speak on behalf of your corporation. These procedures reflect Federal Court law, which allows corporations to appear in Federal Courts only through licensed counsel, and North Carolina state statute (NCGS § 84-4), which forbids anyone other than a licensed attorney to prepare legal documents on behalf of a corporation.

Office of the Clerk

By: _____
Deputy Clerk